1  Mandana Massoumi (SBN 191359)
   massoumi.mandana@dorsey.com
2  Jessica L. Linehan (SBN 223569)
   linehan.jessica@dorsey.com
3  Katherine J. Santon (SBN 265600)
   santon.kate@dorsey.com
4  DORSEY & WHITNEY LLP
   600 Anton Boulevard, Suite 2000
5  Costa Mesa, CA 92626
   Telephone:  (714) 800-1400
6  Facsimile:  (714) 800-1499

7  Roy A. Ginsburg (*admitted pro hac vice*)
   ginsburg.roy@dorsey.com
8  DORSEY & WHITNEY LLP
   50 South Sixth Street, Suite 1500
9  Minneapolis, MN 55402
   Telephone:  (612) 340-2600
10 Facsimile:  (612) 340-2868

11 Richard H. Silberberg (*admitted pro hac vice*)
   silberberg.richard@dorsey.com
12 DORSEY & WHITNEY LLP
   51 West 52nd Street
13 New York, NY 10019-6119
   Telephone:  (212) 415-9200
14 Facsimile:  (212) 953-7201

15

16 Attorneys for Defendant
   CANON BUSINESS SOLUTIONS, INC.

17

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONES and JAVIER CRESPO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANON BUSINESS SOLUTIONS, INC., a Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.:  2:12-CV-7195-JAK-JEM<br><br>[Los Angeles County Superior Court Case No. BC488662]<br><br>**[PROPOSED] ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS** |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation and Protective Order ("Joint Stipulation") filed by Plaintiffs Steven Jones and Javier Crespo ("Plaintiffs") and Defendant Canon Business Solutions, Inc. ("Defendant") (collectively "the Parties"), filed with this Court on January 4, 2013, the Court rules as follows:

**IT IS HEREBY ORDERED** that the Joint Stipulation is entered as an Order of the Court.

**IT IS SO ORDERED.**

Dated: May 10, 2013                    */s/John E. McDermott*
                                       Honorable John E. McDermott
                                       Magistrate Judge United States District
                                       Court Central District of California