1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

| | |
|---|---|
| STEVEN JONES and JAVIER CRESPO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANON BUSINESS SOLUTIONS, INC., a Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 2:12-cv-07195-JAK-JEM**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL  JS-6** |

21
22
23
24
25
26
27
28

Pursuant to the Parties' Stipulation of Dismissal, as well as the Court's prior rulings in this matter, and the Court finding good cause therefore, the Court hereby ORDERS as follows:

1. As of October 9, 2014, no government official receiving notice of this Settlement pursuant to the Class Action Fairness Act of 2005 has filed with this Court any objection to the Settlement.

2. The Court's Order of September 2, 2014 granting Plaintiffs' Motion for Final Approval of the Class Action Settlement; and granting in part Plaintiffs' Motion for Award of Service Payments, Attorney's Fees and Costs, shall become effective upon entry of this Order.

3. By operation of this Order, and upon the Effective Date of Settlement, the Named and Opt-In Plaintiffs shall release, relinquish, and discharge all claims against the Releasees released under the terms of Section VIII.B of the Settlement Agreement;

4. By operation of this Order, and upon the Effective Date of Settlement, all members of the California Class and the New York Class except those who opted out of the Settlement (as identified on the attached Exhibit A and Mr. Harry A. Boon, *see* Dkt. 194) shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Releasees as set forth in Section VIII.A of the Settlement Agreement;

5. By operation of this Stipulation of Dismissal, and upon the Effective Date of the Judgment, all members of the FLSA Class who affirmatively opted into this Settlement by filing claim forms shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Releasees as set forth in Section VIII.A of the Settlement Agreement;

6. The Parties are ordered to effectuate the terms of the Settlement.

1      7.     Pursuant to the Settlement, Settlement Funds shall be disbursed within
2  twenty (20) business days of the Effective Date of the Settlement, provided,
3  however that no funds shall be disbursed prior to October 16, 2014, in accordance
4  with this Court's October 2, 2014 Order Continuing Date for Disbursement of
5  Settlement Proceeds;
6      8.     This Lawsuit is hereby dismissed with prejudice;
7      9.     The Court reserves exclusive and continuing jurisdiction over the
8  lawsuit for the purposes of supervising implementation, enforcement, construction,
9  administration and interpretation of the Settlement Agreement and this Judgment;
10     10.    This document shall constitute a Judgment (and separate document
11 constituting said Judgment) for purposes of Federal Rule of Civil Procedure 58.

      IT IS SO ORDERED

Dated: October 15, 2014

                              HONORABLE JOHN A. KRONSTADT
                              United States District Court Judge